UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HCA GENESIS, INC., d/b/a Mercy of Northern New York,

Plaintiff,

v. 1:07-CV-0188

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; MARGARET M. HITCHMAN,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

**DECISION and ORDER**

This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

No objections to the July 11, 2007 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES the Complaint.

IT IS SO ORDERED.

Dated: August 9, 2007

Thomas J. McAvoy
Senior, U.S. District Judge